**DISMISS; and Opinion Filed June 30, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00544-CV

### IN THE INTEREST OF K.H. AND K.H., Chidren

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-22147-Y**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Appellant's brief in this case is overdue. By postcard dated April 22, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David Lewis/
DAVID LEWIS
JUSTICE

130544F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.H. AND K.H.,
Children

No. 05-13-00544-CV

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-10-22147-Y.
Opinion delivered by Justice Lewis.
Justices Fillmore and Evans participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee Maquita Williams recover her costs of this appeal from appellant Quinton Hornbuckle.

Judgment entered this 30th day of June, 2014.